UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEMORIS PITTER GREEN,

               Plaintiff(s),

-v-                                   No. 15CV3328-LTS

NYU LANGONE MEDICAL CENTER,

               Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for January 24, 2020, is rescheduled to **April 3, 2020, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         January 17, 2020

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge