UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEMORIS PITTER GREEN,

              Plaintiff(s),

-v-                                     No. 15CV3328-LTS

NYU LANGONE MEDICAL CENTER,

              Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for April 3, 2020, is rescheduled to **July 17, 2020, at 12:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
          March 16, 2020

                                                      /s/  Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge