UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEMORIS PITTER GREEN,

                Plaintiff(s),

-v-                                        No. 15CV3328-LTS

NYU LANGONE MEDICAL CENTER,

                Defendant(s).
-------------------------------------------------------------X

## Order

In light of the pending motion(s), the final pretrial conference scheduled for July 17, 2020, is rescheduled to **October 2, 2020, at 12:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         July 1, 2020

                                            /s/  Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                            United States District Judge