UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEMORIS PITTER GREEN,

                Plaintiff(s),

-v-                                                                          No. 15CV3328-LTS

NYU LANGONE MEDICAL CENTER,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

       In light of the pending motion(s), the final pretrial conference scheduled for October 2, 2020, is rescheduled to **January 8, 2021, at 12:00 p.m.** in Courtroom 17C.

       SO ORDERED.

Dated:  New York, New York
            September 18, 2020

                                                                                 /s/  Laura Taylor Swain
                                                                                LAURA TAYLOR SWAIN
                                                                                United States District Judge