UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEMORIS PITTER GREEN,

                Plaintiff(s),

  -v-                                       No. 15CV3328-LTS

NYU LANGONE MEDICAL CENTER,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

      In light of the pending motion(s), the final pretrial conference scheduled for October 2, 2020, is rescheduled to **April 16, 2021, at 11:00 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
          January 4, 2021

                                                        /s/  Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge