**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MEMORIS PITTER GREEN,

                Plaintiff,            15 **CIVIL** 3328 (LTS)

      -against-                **JUDGMENT**

NYU LANGONE MEDICAL CENTER,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 12, 2021, Defendant's motion for summary judgment is granted to the extent that Plaintiff's federal claims are dismissed in their entirety, and the Court declines to exercise jurisdiction of Plaintiff's state and local law claims; accordingly, this case is closed.

**Dated:** New York, New York
         May 12, 2021

                                        **RUBY J. KRAJICK**
                                        _____
                                        Clerk of Court
                           **BY:**
                                        Deputy Clerk